Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. John Franklin Tyler    Docket No. 3:11CR00079-01

### Petition on Supervised Release

COMES NOW DAVID S. SIMON, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John Franklin Tyer, who was placed on supervision by the Honorable Henry E. Hudson, Senior United States District Judge, sitting in the Court at Richmond, Virginia, on the 9th day of September 2011, who fixed the period of supervision at four (4) years, and imposed the general terms and conditions heretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installments of not less than $25.00, starting 60 days after supervision begins until paid in full. (**Note: Special Assessment paid in full on November 16, 2011**)

2) The defendant shall abide by any special conditions deemed appropriate and set by the probation officer at the inception of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(See Attachments)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 4th day of April, 2023 and ordered filed and made a part of the records in the above case. | I declare under the penalty of perjury that the foregoing is true and correct. |
| /s/ | Executed on: David S Simon (Digitally signed by David S Simon, Date: 2023.04.04 11:35:18 -04'00') |
| The Honorable Henry E. Hudson<br>Senior United States District Judge | David S. Simon<br>Senior U.S. Probation Officer<br><br>Place: Richmond, Virginia |

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
Page 2
RE: TYLER, John F.

| | |
|---|---|
| OFFENSE: | Possession With the Intent to Distribute 500 Grams or More of Cocaine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii), a Class B Felony. |
| SENTENCE: | Two hundred months of imprisonment; four (4) years of supervised release; and a $100.00 special assessment. |
| | On December 3, 2014, Mr. Tyler's 200-month term of imprisonment was ordered reduced pursuant to Rule 35(b), to 130 months of imprisonment. All other aspects of Mr. Tyler's judgment and sentence remained in place, to include his four-year term of supervised release. |
| PRIOR VIOLATION: | On January 31, 2022, Your Honor approved a Violation Report requesting no action be taken regarding Mr. Tyler's use of illegal drugs, to-wit: cocaine. |

ADJUSTMENT TO SUPERVISION: Mr. Tyler commenced his 4-year term of supervised release on January 14, 2022. Said term of supervised release is set to expire on January 13, 2026. Since that time, he has lived with his wife in a single-family home in Chesterfield County, and he has owned and operated his own auto repair / auto rental business (Tyler Automotive). He has submitted all required / requested documentation and he has generally followed all of this officer's instructions. However; Mr. Tyler, despite being placed in contracted substance abuse counseling at Envision Counseling, LLC in February 2022, and despite having periods of sobriety, has repeatedly relapsed with narcotics.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**CONDITION 7:**          **USE OF DRUGS: MARIJUANA, COCAINE AND FENTANYL.**

On January 21, 2022, Mr. Tyler submitted a urine sample that initially tested positive for cocaine and was later confirmed positive for benzoylecgonine (cocaine metabolite).

On April 11, 2022, Mr. Tyler submitted a urine sample that initially tested positive for cocaine and was later confirmed positive for benzoylecgonine (cocaine metabolite).

On June 2, 2022, Mr. Tyler submitted a urine sample that initially tested positive for cocaine and was later confirmed positive for benzoylecgonine (cocaine metabolite).

On January 19, 2023, Mr. Tyler submitted a urine sample that initially tested positive for cocaine and was later confirmed positive for benzoylecgonine (cocaine metabolite).

On March 24, 2023, Mr. Tyler submitted a urine sample that tested positive for cocaine. The results of confirmation testing are pending.

On March 31, 2023, after this Officer had shared the March 24, 2023, urine screen results with Mr. Tyler and his counselor at Envision Counseling, LLC, this officer received the following text message from Mr. Tyler:

**Petition on Supervised Release**
**Page 3**
**RE: TYLER, John F.**


*"Good morning Mr. Simon I've been really taking a look at my actions the last couple weeks. Me Mr. Jerry and the group in which I shared my latest relapse with has given me a harsh reality.. check. I also spoke to my wife coming clean about my relapse. She's onboard with me doing what ever is needed to end this way of thinking. I struggle with and having to find more things (positive) to consume my time, my new position in my job will surely keep me busy. Mr. Jerry who I really trust and believe in has given me great insight and other ways to look at things. My goal is to deal with my cravings and fight the urge, to get back in the streets. The two places it's leads to I don't want to see."*


DSS/lrs
c:  SUSPO Locket-Ross
Attachments