# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. **John Franklin Tyler**                                    Docket No. **3:11CR00079-001**

### Addendum to
### Petition on Supervised Release

On April 4, 2023, a Petition on Supervised Release (ECF No. 28) was filed with the Court. The Petition cited the following violation of the defendant's terms and conditions of supervised release: Condition 7: Use of Drugs: Marijuana, Cocaine and Fentanyl, when the Petition should have read "*Condition 7: Use of Drugs: Cocaine.*"

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under the penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _**5th**_ day of _**April**_, 2023, and ordered filed and made a part of the records in the above case. | Executed on: **David S Simon** — Digitally signed by David S Simon Date: 2023.04.05 09:32:41 -04'00' |
| /s/ | David S. Simon |
| The Honorable Henry E. Hudson | Senior United States Probation Officer |
| Senior U.S. District Judge | |
| | Place: Richmond, Virginia |

DSS
c: SUSPO Locket-Ross