UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>John Franklin Tyler</u>            <u>Docket No. 3:11CR00079-001</u>

## Second Addendum to
## Petition on Supervised Release

On April 4, 2023, a Petition on Supervised Release (ECF No. 28) was filed with the Court. The Petition cited the following violation of the defendant's terms and conditions of supervised release: Condition 7: Use of Drugs: Marijuana, Cocaine, and Fentanyl.

On April 5, 2023, an Addendum to the Petition on Supervised Release (ECF No. 31) was filed with the Court correcting the Petition and reporting that the only substance the defendant had tested positive for was cocaine.

After being summoned to appear, the defendant made his initial appearance on the Petition and Addendum to the Petition, via summons, before the Honorable Mark Colombell, United States Magistrate Judge, on April 17, 2023. For the reasons set forth on the record that day, pursuant to *Federal Rules of Criminal Procedure* § 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), finding that the United States was not seeking detention and finding by clear and convincing evidence that the defendant was not likely to flee and not likely to pose a danger to the safety of any other person or the community if released, the Court ordered that the defendant be released on the conditions of supervised release previously imposed and currently in effect. The conditions were ordered to remain in effect until the hearing on the Petition on Supervised Release (ECF No. 28) and Addendum to Petition on Supervised Release (ECF No. 31) before Your Honor, currently scheduled for May 4, 2023, at 11:00 a.m.

Since the April 17, 2023, hearing the following additional violation has occurred:

**(See Page 2)**

### ORDER OF COURT

Considered and ordered this **27th** day of **April**, 2023, that the Petition previously issued be amended and that this Second Addendum be ordered filed and made a part of the records in the above case.

/s/
The Honorable Henry E. Hudson
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: _____

David S Simon
Digitally signed by David S Simon
Date: 2023.04.27 11:06:49 -04'00'

David S. Simon
Senior United States Probation Officer

Place: <u>Richmond, Virginia</u>

**TO CLERK'S OFFICE**        DF-69 (Rev. 12/12)

**TYLER, John F.**
**Addendum to Petition on Supervised Release**
**Page 2**

**VIOLATION:** The following violation is submitted for the Court's consideration:

**CONDITION 7:**            **USE OF DRUGS - COCAINE**

On April 21, 2023, the defendant submitted a urine sample in accordance with the Probation Office's random urinalysis testing program. Said urine sample tested positive for cocaine. A request for confirmation testing has been submitted, and the results are pending.

On April 27, 2023, the defendant reported to the Probation Office and met with United States Probation Officer LaTanya Eason. When confronted with the results of the April 21, 2023, urine sample results Mr. Tyler stated he had not knowingly or willingly done anthing to test positive for cocaine and said the only thing he could think of that would cause the positive urine sample results was his handling of "contaminated cash" and then licking his fingers. Prior to departing the Probation Office, Mr. Tyler submitted a urine sample via instant test cup, the results of which were negative.

DSS/djh

**TO CLERK'S OFFICE**            DF-69 (Rev. 12/12)