# SUPERVISED RELEASE / PROBATION VIOLATION HEARING

CASE NO. __3:11CR79__   DATE: __5-4-2023__
JUDGE: __Hudson__   OCR: __Liscio__

UNITED STATES OF AMERICA

v.

__John F. Tyler__   __Angela Mastandrea-Miller__, AUSA

__Carolyn Grady__, ESQ.

BAIL STATUS OF DEFENDANT:   ON SUPV. RELEASE (✓)   INCARCERATED ( )

TYPE OF PROCEEDING:   VIOLATION HEARING (✓)   SENTENCING AFTER HEARING ( )

PLEA ENTERED:   GUILTY (✓) *Admits to Petition (as Amended) and Second Addendum*   NOT GUILTY ( )

EVIDENCE ADUCED:
- EVIDENCE SUMMARIZED BY GOV'T ( )
- PETITION USED UPON AGREEMENT ( )
- GOVERNMENT ADDUCED EVIDENCE ( )
- DEFENDANT ADDUCED EVIDENCE ( )

WITNESSES:   GOV'T: _____   DEFT: _____

ARGUMENTS BY:   GOVERNMENT ( )   DEFENDANT ( )

JUDGMENT:   DEFENDANT GUILTY (✓)   NOT GUILTY ( ) AS CHARGED IN PETITION
SUPERVISED RELEASE / PROBATION REVOKED ( )

STATEMENTS MADE:   GOV'T (✓)   DEFENSE COUNSEL ( )   DEFENDANT (✓)

SENTENCE IMPOSED: __Deft remanded to custody, to be released 6/1 @ 9:30 am to SCORE program. Deft to complete SCORE as a special condition of supervised release.__

DEFENDANT NOTIFIED OF RIGHT OF APPEAL ( )

DEFENDANT CONTINUED ON S/R ( )   DEFENDANT REMANDED TO CUSTODY (✓)

CASE CONTINUED TO __11-2-23 @ 11:00 AM__ FOR __Status Hrg.__

SET: 11:00   BEGAN: 11:00   ENDED: 11:09   TIME IN COURT: :09