Prob 35 (Rev. 05/01)
VAE (Rev. 05/17)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                                                                  Crim. No. 3:11CR00079-001

JOHN FRANKLIN TYLER

    On September 9, 2011, the above-named defendant was placed on supervised release for a period of four (4) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_/s/ (for LaTanya Eason)_
LaTanya Eason
Senior United States Probation Officer

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated. The Probation Office is directed to provide a copy of this Order to the supervised releasee.

Dated this __13th__ day of __June__, 20__24__.

_/s/_
Henry E. Hudson
Senior United States District Judge

**TO CLERK'S OFFICE**